No. 797, Misc. DOPKOWSKI *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 800, Misc. YORK *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 801, Misc. SHELTON *v.* RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 803, Misc. McALLISTER *v.* PINTO, SUPERINTENDENT, NEW JERSEY STATE PRISON FARM. Supreme Court of New Jersey. Certiorari denied.

No. 806, Misc. ZAMBRANO *v.* CALIFORNIA ADULT AUTHORITY ET AL. Supreme Court of California. Certiorari denied.

No. 807, Misc. THOMAS *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Releford McGriff* for petitioner.

No. 782, Misc. CULVER *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 948. UNITED PRESS ASSOCIATIONS *v.* CHARLES ET AL. C. A. 9th Cir. Certiorari denied. *John H. Dimond* for petitioner.

No. 962. TUTTLE *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *S. Hazard Gillespie, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.